# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SURLES, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 5:21-cv-00919-AMM-JHE |
| STATE OF ALABAMA, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On August 23, 2021, the magistrate judge entered a report, recommending that the court dismiss this action without prejudice for the plaintiff's failure to prosecute. Doc. 7. Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen days, the court has not received any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Therefore, the court **DISMISSES** this action **WITHOUT PREJUDICE** for the plaintiff's failure to prosecute.

For information regarding the cost of appeal, see the attached notice.

**DONE** and **ORDERED** this 22nd day of September, 2021.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE

**United States Court of Appeals**
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith                                                                                  In Replying Give Number
Clerk of Court                                                                                  of Case and Names of Parties

### NOTICE TO PRISONERS CONCERNING CIVIL APPEALS

  The Prison Litigation Reform Act of 1995 (effective April 26, 1996) now **REQUIRES** that <u>all</u> prisoners pay the Court's $500 docket fee plus $5 filing fee (for a total of $505) when appealing any civil judgment.

  If you wish to appeal in a civil case that Act now **requires** that upon filing a notice of appeal you *either*:

(1) Pay the total $505 fee to the clerk of the district court from which this case arose; *or*

(2) arrange to have a prison official certify to the district court from which the appeal arose the <u>average</u> monthly deposits and balances in your prison account for each of the six months preceding the filing of a notice of appeal.

  If you proceed with option (2) above, the Act requires that the district court order you to pay an *initial partial fee* of at least 20% of the **greater** of either the <u>average</u> monthly deposits or of the <u>average</u> monthly balances shown in your prison account. The remainder of the total $505 fee will thereafter be deducted from your prison account each month that your account balance exceeds $10. Each such monthly deduction shall equal 20% of all deposits to your prison account during the previous month, until the total $505 fee is paid. (If your prison account statement shows that you cannot pay even the required *initial partial fee*, your appeal may nevertheless proceed, BUT THE TOTAL $505 FEE WILL BE ASSESSED AGAINST AND WILL BE DEDUCTED FROM FUTURE DEPOSITS TO YOUR PRISON ACCOUNT.)

  Fees are not refundable, regardless of outcome, and deductions from your prison account will continue until the total $505 fee is collected, even if an appeal is unsuccessful.

                   David J. Smith
                    Clerk of Court

                          PLRA Notice